**JS-6 / REMAND**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN SOTO, an individual,<br><br>      Plaintiff,<br><br>          v.<br><br>US FOODS, INC., a Delaware corporation, DEREK BRITTON, an individual, MARLENE GROVE, an individual, and DOES 1 through 20 inclusive,<br><br>      Defendants. | No. CV 16-3306-DMG (PLAx)<br><br>**ORDER REMANDING REMOVED ACTION [18]** |

1        On December 7, 2016, the Parties to the above-referenced action
2   filed a STIPULATION REGARDING DISMISSAL OF PAGA CLAIM IN SECOND
3   AMENDED COMPLAINT AND TO REMAND REMOVED ACTION. The Court having
4   reviewed that stipulation, approving of its contents and terms, and
5   finding good cause appearing therefor, orders as follows:
6        1.   The Parties' stipulation is approved;
7        2.   The above-captioned action is hereby remanded to the
8             Central District of the Los Angeles County Superior Court,
9             where Plaintiff will file a notice of remand with the
10            stipulation and this ordered attached.

11
DATED: December 19, 2016         _____
12                                DOLLY M. GEE
                                  UNITED STATES DISTRICT JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28